BENJAMIN B. WAGNER
United States Attorney
Paul A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-CR-00413-MCE |
| Plaintiff, ) | |
| ) | GOVERNMENT'S MOTION TO DISMISS THE |
| v. ) | INDICTMENT AS TO DEFENDANT ARMANDO |
| ) | FLORES CAMPOS AND ORDER |
| ARMANDO FLORES CAMPOS, ) | |

The United States of America, through its attorneys of record, Assistant U.S. Attorney Paul A. Hemesath, hereby moves for an order dismissing the indictment, specifically Count One, against defendant ARMANDO FLORES CAMPOS pursuant to Federal Rule of Criminal Procedure 48(a).

Background

On September 23, 2010, a Sacramento federal Grand Jury returned an indictment against defendant ARMANDO FLORES CAMPOS along with three others in a case related to a conspiracy to distribute and to possess with intent distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846 in Case No. 2:10-CR-00413-MCE.

1  Count One is the only count in the indictment with which ARMANDO
2  FLORES CAMPOS is charged.  ARMANDO FLORES CAMPOS is currently
3  incarcerated at the Sacramento County Jail pursuant to a detention
4  order from this Court and is additionally subject to an ICE detainer.
5       In June of 2011, the government obtained exculpatory information
6  related to the case pending against ARMANDO FLORES CAMPOS.  This
7  resulted in the government's belief that insufficient evidence exists
8  to sustain a conviction concerning defendant ARMANDO FLORES CAMPOS.
9       Based on the above recently obtained exculpatory information,
10 the undersigned hereby moves to dismiss without prejudice Count One
11 against ARMANDO FLORES CAMPOS in Case No. 2:10-CR-00413-MCE in the
12 interests of justice pursuant to Rule 48(a).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    Acting United States Attorney

DATED:  June 22, 2011           By:/s/ Paul A. Hemesath
                                    PAUL A. HEMESATH
                                    Assistant U.S. Attorney

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that Count One of the Indictment in Case No. 2:10-CR-00413-MCE as to defendant ARMANDO FLORES CAMPOS is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

IT IS SO ORDERED.

Dated: June 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE